992 A.2d 110

**EQUITY ONE INC., Respondent**

v.

**Charmaine McCOULLUM, Petitioner.**

**No. 175 EM 2009.**

Supreme Court of Pennsylvania.

April 7, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of April, 2010, the Petition for Extension of Time to File Petition for Review is **DENIED.**